# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Michael Mitchell

                 Plaintiff,

v.

Ryan Degroot, et al.

                 Defendant.

Case No.: 1:25−cv−02545
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: The plaintiff's motion for leave to proceed in forma pauperis [4] is granted because the motion establishes that the plaintiff cannot prepay the filing fee. The Court has reviewed the plaintiff's complaint under 28 USC 1915(e)(2) to determine if it is frivolous or fails to state a claim upon which relief may be granted. The plaintiff alleges that there are two criminal cases pending against him in state court. It appears that the plaintiff is representing himself in the two cases. The plaintiff alleges that the defendants (all of whom are prosecutors) have improperly denied him discovery to which he is entitled. Plaintiff's complaint cannot proceed for several reasons. First: under Younger v. Harris 401 U.S. 37 at 40−41 (1971) a federal court must abstain from a lawsuit that would require intervention in or interference with a pending state court criminal prosecution. Second: the defendant prosecutors are immune from liability for damages for their actions as prosecutors; this is the sort of actions that the plaintiff alleges in this case. See e.g. Imbler v. Pachtman 424 U.S. 409 at 427 (1976). Although the latter ground (prosecutorial immunity) is a merits−based ground for dismissal the former ground is not. The Court therefore concludes that the proper resolution is a dismissal of plaintiff's case without prejudice. The Court directs the Clerk to enter judgment stating; This case is dismissed without prejudice under Younger v. Harris. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.